A90A0704. POWELL v. THE STATE.
A90A0705. BRYANT v. THE STATE.
(410 SE2d 53)

Beasley, Judge.

The Supreme Court granted certiorari to our affirmance of the trial court's judgment in these two cases. See *Dixon v. State,* 196 Ga. App. 15 (395 SE2d 577) (1990). After review, the Supreme Court vacated our judgment and entered orders which remanded these cases to this court "for further consideration in light of this Court's opinion in *Lattarulo v. State,*" 261 Ga. 124 (401 SE2d 516) (1991).

After further consideration in light of *Lattarulo* and *Brannan v. State,* 261 Ga. 128 (401 SE2d 269) (1991), we apprehend no reason to modify our former judgments and opinion and therefore readopt them.

*Judgment affirmed. Pope and Andrews, JJ., concur.*

Decided July 16, 1991 —
Reconsideration denied July 29, 1991 — ■

*Virgil L. Brown & Associates, Virgil L. Brown, Bentley C. Adams III, Lindsey & Jacobs, Tamara Jacobs,* for appellants.

*John T. Newton, Jr., Solicitor, Griffin E. Howell III, Assistant Solicitor,* for appellee.